Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
　　　　tlewis@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TITO E. PEREZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, WELLS FARGO BANK, N.A.,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01217-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Tito E. Perez ("Plaintiff"), through his attorney, David H. Krieger, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Wells Fargo's response to Plaintiff's Complaint is currently due August 7, 2019. In the interest of conserving client and judicial resources, Wells Fargo requests, and Plaintiff agrees, that Wells Fargo shall have an extension until **August 28, 2019**, in which to file its response to Plaintiff's Complaint.

//

//

//

4840-2801-8590

This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

Dated: August 1, 2019

SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
Kelly H. Dove (NV Bar No. 10569)
Tanya N. Lewis (NV Bar No. 8855)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: August 1, 2019

Haines & Krieger, LLC

By: */s/ Shawn W. Miller*
Shawn W. Miller, Esq. (7825)
8985 S. Eastern Ave. Suite #350
Las Vegas, NV 89123

*Attorney for Defendant Equifax Information Services, LLC*

*e-signature added with permission*

Dated: August 1, 2019

HAINES & KRIEGER, LLC

By: */s/ David H. Krieger*
David H. Krieger, Esq. (9086)
8985 S. Eastern Ave., Ste. 350
Henderson, NV 89123

*Attorney for Plaintiff Tito E. Perez*

*e-signature added with permission*

IT IS SO ORDERED.
Dated: August 2, 2019
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

4840-2801-8590

- 2 -