JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TITO E. PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; WELLS FARGO BANK, NA,<br><br>Defendants. | Case No. 2:19-cv-01217-APG-NJK<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 7, 2019 through and including **August 21, 2019**. The parties are engaging in early settlement negotiations, and they need additional time to determine if the case can be resolved short of litigation. The request was made by Equifax, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 8th day of August, 2019.

| | |
|---|---|
| 1 | |
| 2 | CLARK HILL PLLC |
| 3 | By: /s/<br>Jeremy J. Thompson |
| 4 | Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy, Suite 500 |
| 5 | Las Vegas, NV 89169<br>Tel: (702) 862-8300 |
| 6 | Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com |
| 7 | |
| 8 | *Attorney for Defendant Equifax Information Services LLC* |
| 9 | **<u>No opposition</u>** |
| 10 | |
| 11 | /s/<br>David H. Krieger, Esq. |
| 12 | Nevada Bar No. 9086<br>Shawn W. Miller, Esq. |
| 13 | Nevada Bar No. 7825<br>HAINES & KRIEGER, LLC |
| 14 | 8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123 |
| 15 | Phone: (702) 880-5554<br>FAX: (702) 385-5518 |
| 16 | Email: dkrieger@hainesandkrieger.com |
| 17 | |
| 18 | *Attorney for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: August 12, 2019

- 2 -