# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TITO E. PEREZ,

    Plaintiff

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

    Defendants

Case No.: 2:19-cv-01217-APG-NJK

**Order for Stipulation of Dismissal or Status Report**

On October 7, 2019, the parties indicated that a settlement had been reached between the plaintiff and defendant Equifax Information Services, LLC, and they requested 60 days to finalize settlement. ECF No. 13. More than 120 days have passed, and the parties have not filed a stipulation to dismiss.

I THEREFORE ORDER the parties to file a stipulation to dismiss or a status report by March 13, 2020  The failure to respond to this order will result in dismissal of this case and possible sanctions against the lawyers.

DATED this 2nd day of March, 2020.

                                  ANDREW P. GORDON
                                  UNITED STATES DISTRICT JUDGE