# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TITO E. PEREZ, | Case No.: 2:19-cv-01217-APG-NJK |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendants | |

On October 7, 2019, the parties indicated that a settlement had been reached between the plaintiff and defendant Equifax Information Services, LLC, and they requested 60 days to finalize settlement. ECF No. 13. I ordered the parties to file a stipulation to dismiss or a status report by March 13, 2020. ECF No. 14. They did not do so. I warned the parties in my order that failure to respond to my order would result in dismissal of this case. *Id.*

I THEREFORE ORDER that this case is DISMISSED with prejudice for failure to comply with my order. The clerk of court is instructed to close this case.

DATED this 19th day of March, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE